Liza M. Walsh
William T. Walsh, Jr.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel: (973) 757-1100

*Attorneys for Defendants Remedy Drinks Pty., Ltd., and Remedy Drinks USA, LLC, a Delaware limited liability company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SOULFUL NUTRITION INC., d/b/a REMEDY ORGANICS,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>REMEDY DRINKS PTY., LTD., REMEDY DRINKS USA, LLC, and REMEDY DRINKS USA, LLC,<br><br>　　　　　　Defendants. | Civil Action No. 2:21-cv-17455 (ES-LDW)<br><br>*Filed Electronically* |

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE*
ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

　　Request is hereby made by local counsel for *pro hac vice* counsel, Laura C. Mumm, to receive electronic notification in the within matter, and it is represented that:

1.　An Order of the Court granting a motion for Laura C. Mumm to appear *pro hac vice* in the within matter was entered on September 29, 2021; and

2.　The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: September 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　*s/Liza M. Walsh*
　　　　　　　　　　　　　　　　　　　　　　　Liza M. Walsh
　　　　　　　　　　　　　　　　　　　　　　　William T. Walsh, Jr.
　　　　　　　　　　　　　　　　　　　　　　　WALSH PIZZI O'REILLY FALANGA LLP
　　　　　　　	　　　　　　　　　　　　　　　Three Gateway Center
　　　　　　　　　　　　　　　　　　　　　　　100 Mulberry Street, 15th Floor

                                                    Newark, N.J. 07102
                                                    (973) 757-1100

                                                    *Attorneys for Defendants Remedy Drinks*
                                                    *Pty., Ltd., and Remedy Drinks USA, LLC,*
                                                    *a Delaware limited liability company*

**<u>PRO HAC VICE</u> ATTORNEY INFORMATION**
Laura C. Mumm
GIBSON DUNN & CRUTCHER, LLP
200 Park Avenue
New York, NY 10166
(212) 351-2404
Email: lmumm@gibsondunn.com