## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOULFUL NUTRITION INC. d/b/a REMEDY ORGANICS,<br><br>Plaintiff,<br><br>v.<br><br>REMEDY DRINKS PTY., LTD., *et al.*,<br><br>Defendants. | Civil Action No.<br><br>21-17455 (ES) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a January 5, 2023 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 9th day of January 2023, ORDERED** that the Pretrial Scheduling Order entered August 18, 2022 (ECF No. 51) is hereby amended as follows:

1. Fact discovery is extended through **April 28, 2023**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **a date to be determined**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **a date to be determined**. Any such report shall comport with the form and content requirements referenced above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **a date to be determined**.

5. The parties shall appear for a telephonic status conference before the undersigned on **February 2, 2023 at 4:00 p.m.** The parties shall submit concise status letters to the Court

no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

6. The parties shall appear for a telephonic status conference before the undersigned on **March 8, 2023 at 2:30 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

7. The parties shall appear for a telephonic status conference before the undersigned on **April 12, 2023 at 2:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

       *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge