**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SOULFUL NUTRITION INC. d/b/a REMEDY ORGANICS,<br><br>Plaintiff,<br><br>v.<br><br>REMEDY DRINKS PTY., LTD., *et al.*,<br><br>Defendants. | Civil Action No.<br><br>21-17455 (MEF) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of an August 23, 2023 telephone conference before the undersigned; and the parties having informed the Court that their mediation efforts are ongoing but they require additional time to attempt to consummate a settlement; and for good cause shown;

**IT IS, on this 23rd day of August 2023, ORDERED** that the Pretrial Scheduling Order entered August 18, 2022 (ECF No. 51), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended through **September 29, 2023**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The parties shall submit a status letter updating the Court about mediation no later than **September 18, 2023**. To the extent the status letter contains confidential information, it may be submitted by email to **LDW_orders@njd.uscourts.gov**.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge
