IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOULFUL NUTRITION INC., d/b/a REMEDY ORGANICS,<br><br>    Plaintiff,<br> v.<br><br>REMEDY DRINKS PTY., LTD. and REMEDY DRINKS USA, LLC,<br><br>    Defendants. | Civil Action No. 2:21-cv-17455 (MEF-LDW)<br><br>*Filed Electronically* |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Soulful Nutrition Inc. d/b/a Remedy Organics and Defendants Remedy Drinks Pty., Ltd. and Remedy Drinks USA, LLC hereby stipulate to the dismissal, with prejudice, of their respective claims in this action.  Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
|  s/Lauren Beth Emerson<br>Lauren Beth Emerson<br>Henry A. Gabathuler<br>Lori L. Cooper<br>Stefanie M. Garibyan<br>Tatsuya Adachi<br>LEASON ELLIS LLP<br>One Barker Avenue, Fifth Floor<br>White Plains, New York 10601<br>(914) 288-0022<br><br>*Of Counsel:*<br><br>Adam Wolek<br>FOX ROTHSCHILD LLP<br>777 S Flagler Dr., Suite 1700<br>West Palm Beach, FL 33401<br>(561) 835-9600 |  s/ Liza M. Walsh<br>Liza M. Walsh<br>Hector D. Ruiz<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>(973) 757-1100<br><br>*Of Counsel:*<br><br>Howard S. Hogan (*pro hac vice*)<br>GIBSON DUNN & CRUTCHER, LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 887-3640 |

| | |
|---|---|
| Lauren Sabol<br>FOX ROTHSCHILD LLP<br>BNY Mellon Center<br>500 Grant Street, Suite 2500<br>Pittsburg PA 15219<br>(412) 391-1334<br><br>*Attorneys for Plaintiff*<br>*Soulful Nutrition Inc.*<br>*d/b/a Remedy Organics*<br><br>Dated: November 3, 2023 | Connor S. Sullivan (*pro hac vice*)<br>GIBSON DUNN & CRUTCHER, LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-2459<br><br>*Counsel for Defendants*<br>*Remedy Drinks Pty., Ltd.,*<br>*and Remedy Drinks USA, LLC*<br><br>Dated: November 3, 2023 |

The Clerk of the Court is directed to enter this Stipulation and Order forthwith.

**SO ORDERED:**

This _____ day of _____, 2023.

 

_____
HON. MICHAEL E. FARBIARZ, U.S.D.J.